U.S.D.J.  William F. Kuntz, II                           DATE:  8/29/2017

## CRIMINAL CAUSE FOR PLEADING

USA v. Juraboev et al    Docket No.  15-cr-95-3  Time:  11:00 A.M.  In Court: 42min

Defendant:  Abror Habibov
  X  present  _____ not present    X  custody  _____ bail


Def. Counsel:  Anna Sideris, Esq., and Peter E. Quijano, Esq.
  X  present  ____ not present  ____RET  LAS  X  CJA


AUSA: David Kessler & Alexander Solomon          Deputy:  Andrew Jackson

Court Reporter:  Rivka Teich      Interpreter:  Dr. Sanjar Babdjanov  Language:  Uzbek

  X   Case Called
_____ Defendant's First Appearance
  X   Defendant:  X  Sworn ____ Arraigned   X   Informed of Rights
_____ Waiver of Indictment Executed for Defendant
_____ Superseding Indictment/Information Filed
_____ Bench Warrant Issued:
  X   Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count(s) 1sss and 3sss
        of the Indictment/Superseding Indictment/Information.
_____ Defendant Enters a Plea of Guilty to count(s)_____ Of _____ the Information.
  X   Court Finds Factual Basis for the Plea
_____ Sentencing will be set by the Probation Office.
  X   The Probation Office is directed to prepare and file the PSR by 5PM on 2/28/2018
_____ Sentencing is scheduled for_____ at_____.
  X   Bail/Bond: _____ Set _____ Continued for Defendant  X  Continued in Custody
_____ Case Adjourned to ___/___/_____ at
  X   Court accepts the Plea of Guilty.
_____ Transcript Ordered:

Text: Court's exhibit 1A and Court's exhibit two (under seal) were entered into evidence.